

# United States District Court
# Eastern District of California

| Frank Bell | | Case Number: | 2:24-cv-00825-KJM-DMC |

Plaintiff(s)

V.

| Hawx Services, LLC |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Max S. Morgan Esq. _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiff, Frank Bell

On __10/30/2013__ (date), I was admitted to practice and presently in good standing in the __Commonwealth of Pennsylvania__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: __03/25/2024__        Signature of Applicant: /s/ __Max S. Morgan__

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Max S. Morgan Esq. |
| Law Firm Name: | The Weitz Firm, LLC |
| Address: | 1515 Market Street |
| | #1100 |
| City: | Philadelphia    State: PA    Zip: 19102 |
| Phone Number w/Area Code: | (267) 587-6240 |
| City and State of Residence: | Haddonfield, NJ |
| Primary E-mail Address: | max.morgan@theweitzfirm.com |
| Secondary E-mail Address: | max.morgan@theweitzfirm.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Todd M. Friedman, Esq. |
| Law Firm Name: | Law Offices of Todd M. Friedman |
| Address: | 21031 Ventura Blvd. Suite 340 |
| City: | Woodland Hills    State: CA    Zip: 91364 |
| Phone Number w/Area Code: | (323) 306-4234    Bar # 216752 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 26, 2024

_____
CHIEF UNITED STATES DISTRICT JUDGE



## Supreme Court of Pennsylvania

Amy Dreibelbis, Esq.
Deputy Prothonotary
Elizabeth E. Zisk
Chief Clerk

Middle District

601 Commonwealth Avenue, Suite 4500
P.O. Box 62575
Harrisburg, PA 17106-2575
(717) 787-6181
Fax: (717) 787-1549
www.pacourts.us

February 9, 2024

Max Scott Morgan, Esq.
The Weitz Firm, LLC
1515 Market St Ste 1100
Philadelphia, PA  19102

RE:  **Certificate of Good Standing**

Dear Attorney Morgan:

Enclosed is your Certificate of Good Standing confirming that you are an active member in good standing of the Bar of the Supreme Court of Pennsylvania.

In addition, enclosed is your Receipt Number(s) 2024-SUP-M-000376 showing payment in the amount of $25.00.

Very truly yours,

Office of the Prothonotary

/hms
Enclosure



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Max Scott Morgan, Esq.

#### DATE OF ADMISSION

#### October 30, 2013

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: February 9, 2024

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk

# **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On March 25, 2024, I electronically filed with the Court through its CM/ECF program and served a true copy through the same program the following documents: Application for Pro Hac Vice and Proposed Order on the interested parties in said case as follows:

[x]   ELECTRONICALLY, Pursuant to the CM/ECF system, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.  The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

Place of Filing: 21031 Ventura Blvd., Suite 340, Woodland Hills, CA 91364.

Executed on March 25, 2024, at Woodland Hills, CA

[x] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By: s/ Todd M. Friedman
       Todd M. Friedman