UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BELL, *on behalf of all others similarly situated*,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>HAWX SERVICES, LLC,<br><br>　　　　　　　Defendant. | No. 2:24-cv-00825-KJM-DMC<br><br>**ORDER GRANTING STIPULATION AND AGREED TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE FIRST AMENDED COMPLAINT BY NO MORE THAN 14 DAYS** |

**IT IS HEREBY ORDERED**, with good cause appearing and the Parties being in agreement, that the deadline for Defendant to answer, move, or otherwise respond to the Plaintiff's First Amended Complaint in the above-captioned matter is continued and is to be filed on or before July 17, 2024.

DATED:  July 5, 2024

_____
CHIEF UNITED STATES DISTRICT JUDGE