

# United States District Court
# Eastern District of California

| | |
|---|---|
| **Frank Bell** | Case Number: 2:24-cv-00825-KJM-DMC |
| Plaintiff(s) | |
| V. | |
| **Hawx Services, LLC** | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Kierstin S. Fowler** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
**Hawx Services, LLC**

On **05/24/2018** (date), I was admitted to practice and presently in good standing in the **New York State** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **08/15/2024**     Signature of Applicant: /s/ **Kierstin S. Fowler**

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Kierstin S. Fowler |
| Law Firm Name: | Manatt, Phelps & Phillips, LLP |
| Address: | 7 Times Square |
| City: | New York    State: NY    Zip: 10036 |
| Phone Number w/Area Code: | (212) 790-4616 |
| City and State of Residence: | Jersey City, New Jersey |
| Primary E-mail Address: | KFowler@manatt.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | John W. McGuinness |
| Law Firm Name: | Manatt, Phelps & Phillips, LLP |
| Address: | 2049 Century Park East |
| | Suite 1700 |
| City: | Los Angeles    State: CA    Zip: 90067 |
| Phone Number w/Area Code: | (202) 585-6540 |
| Bar #: | 277322 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 23, 2024

_[signature]_
CHIEF UNITED STATES DISTRICT JUDGE



## Appellate Division of the Supreme Court of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

### Kierstin Simone Fowler

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **May 24, 2018**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on August 6, 2024.

*Robert D. Mayberger*
Clerk of the Court

CertID-00186349